UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>David Michael ROOT,<br><br>Defendant. | Magistrate Docket No. 25MJ5594<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C. § 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens |

The undersigned complainant, being duly sworn, states:

On or about October 10, 2025, within the Southern District of California, defendant David Michael ROOT knowing or in reckless disregard of the fact that certain aliens, namely Jose Roberto SILVA Morales, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

SIGNATURE OF COMPLAINANT
Jason Larson
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 14, 2025.

HON. DANIEL E. BUTCHER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**David Michael ROOT**

## AMENDED
## PROBABLE CAUSE STATEMENT

The complainant states that Jose Roberto Silva Morales, is a citizen of a country other than the United States; that said alien has admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 10, 2025, Border Patrol Agent L. Robbins was performing her assigned duties in the Campo Border Patrol Station's area of responsibility. Agent Robbins was operating an unmarked government vehicle with functioning lights and sirens. Agent Robbins was dressed in plain clothes with her agency patches and badge clearly displayed on her vest.
At approximately 5:10 PM, Agent Robbins was conducting targeted enforcement near Buckman Springs Rd and State Route 94 (SR94) when she noticed, through DHS databases, a black Volvo sedan traveling east on SR94 towards her location. Agent Robbins ran records checks and discovered the vehicle was registered out of Oceanside, California, with no known ties to the area. Agent Robbins was notified that Agents were actively tracking a suspected illegal alien and that the black sedan had been observed in the area.

At approximately 5:20 PM, Agent Robbins observed the black sedan being driven by a single Caucasian male pass her location and turn north into Buckman Springs Rd heading towards Interstate 8 (I-8). Agent Robbins was informed that due to rain the I-8 Checkpoint was non-operational. Agent Robbins began to follow the black sedan and noticed the vehicle traveling 15 miles per hour below the posted limit. Agent Robbins requested a marked Border Patrol vehicle to conduct a vehicle stop. Agent Barlow responded to the request and at approximately 5:35 PM he initiated the vehicle stop. The vehicle yielded south of Old Highway 80 and Buckman Springs Rd. Agent Robbins and Barlow approached the passenger's side of the vehicle and introduced themselves as Border Patrol Agents. Agent Barlow conducted an immigration inspection on the driver who was later identified as David Michael ROOT. ROOT stated he was a United States citizen and provided a California Drivers license. Agent Robbins began to question ROOT about the purpose of his travel which he replied he was in the area to visit a friend. Agent Robbins asked ROOT if she could look in the trunk which he gave consent. As ROOT opened the trunk he stated to the Agents that they knew what they were going to find. At that time Agent Robbins observed one male laying down in the trunk partially covered with a blanket. Agent Robbins then told Agent Mohamad who had arrived as backup to detain ROOT and place him in handcuffs.

**CONTINUATION OF COMPLAINT:**
**David Michael ROOT**

Agent Robbins conducted an immigration inspection on the individual in the trunk who was later identified as Jose Roberto SILVA Morales. SILVA stated he was a citizen of Mexico without proper documents to enter or remain in the United States legally. At approximately 5:37 PM Agent Robbins placed SILVA under arrest for being in the country illegally and at approximately the same time placed ROOT under arrest for 8 USC 1324, Alien Smuggling. This location is approximately 11 miles north of the United States/ Mexico International Boundary and 8 miles east of the Tecate Port of Entry.

David Michael ROOT was read his Miranda rights and stated that he understood his rights and was willing to answer questions without a lawyer present. ROOT stated he was recruited by an individual he met while he was in federal prison. At approximately 7:00 PM, ROOT gave written consent to search his phone. While looking through the phone app "WhatsApp", information showed ROOT was in contact with an individual who asked ROOT if he wanted to make some extra money, to which ROOT agreed and was directed to group chat where ROOT was given coordinates. The coordinates given directed ROOT to a location near the "Tecate Parking Lots". ROOT stated he was directed to wait in the pay lot to pick up an individual he assumed at the time to be illegal due to the proximity of the border. ROOT admitted to instructing the individual to hide in the trunk of his vehicle. ROOT was instructed to travel through Interstate 8 highway to bring the individual to a pin drop given to him through the group chat in Vista, CA. ROOT admitted being paid $1500 for picking up the individual.

Material witness Jose Roberto SILVA Morales stated that smuggling arrangements were made prior to crossing into the United States and was going to pay $17,000 USD if successfully smuggled into the United States. SILVA stated he crossed utilizing a rope and was guided by cell phone. SILVA stated he was told to look for a black vehicle in a nearby parking lot. SILVA stated the driver instructed him to get in the trunk of the vehicle. SILVA stated he feared for his life because the driver was driving too fast. SILVA was shown a photographic lineup and identified David Michael ROOT as the driver.

**CONTINUATION OF COMPLAINT:**
David Michael ROOT

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Jose Roberto Silva Morales, is a citizen of a country other than the United States; that said alien has admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 10, 2025, Border Patrol Agent L. Robbins was performing her assigned duties in the Campo Border Patrol Station's area of responsibility. Agent Robbins was operating an unmarked government vehicle with functioning lights and sirens. Agent Robbins was dressed in plain clothes with her agency patches and badge clearly displayed on her vest.

At approximately 5:10 PM, Agent Robbins was conducting targeted enforcement near Buckman Springs Rd and State Route 94 (SR94) when she noticed, through DHS databases, a black Volvo sedan traveling east on SR94 towards her location. Agent Robbins ran records checks and discovered the vehicle was registered out of Oceanside, California, with no known ties to the area. Agent Robbins was notified that Agents were actively tracking a suspected illegal alien and that the black sedan had been observed in the area.

At approximately 5:20 PM, Agent Robbins observed the black sedan being driven by a single Caucasian male pass her location and turn north into Buckman Springs Rd heading towards Interstate 8 (I-8). Agent Robbins was informed that due to rain the I-8 Checkpoint was non-operational. Agent Robbins began to follow the black sedan and noticed the vehicle traveling 15 miles per hour below the posted limit. Agent Robbins requested a marked Border Patrol vehicle to conduct a vehicle stop. Agent Barlow responded to the request and at approximately 5:35 PM he initiated the vehicle stop. The vehicle yielded south of Old Highway 80 and Buckman Springs Rd. Agent Robbins and Barlow approached the passenger's side of the vehicle and introduced themselves as Border Patrol Agents. Agent Barlow conducted an immigration inspection on the driver who was later identified as David Michael ROOT. ROOT stated he was a United States citizen and provided a California Drivers license. Agent Robbins began to question ROOT about the purpose of his travel which he replied he was in the area to visit a friend. Agent Robbins asked ROOT if she could look in the trunk which he gave consent. As ROOT opened the trunk he stated to the Agents that they knew what they were going to find. At that time Agent Robbins observed one male laying down in the trunk partially covered with a blanket. Agent Robbins then told Agent Mohamad who had arrived as backup to detain ROOT and place him in handcuffs.

**CONTINUATION OF COMPLAINT:**
**David Michael ROOT**

Agent Robbins conducted an immigration inspection on the individual in the trunk who was later identified as Jose Roberto SILVA Morales. SILVA stated he was a citizen of Mexico without proper documents to enter or remain in the United States legally. At approximately 5:37 PM Agent Robbins placed SILVA under arrest for being in the country illegally and at approximately the same time placed ROOT under arrest for 8 USC 1324, Alien Smuggling. This location is approximately 11 miles north of the United States/ Mexico International Boundary and 8 miles east of the Tecate Port of Entry.

David Michael ROOT was read his Miranda rights and stated that he understood his rights and was willing to answer questions without a lawyer present. ROOT stated he was recruited by an individual he met while he was in federal prison. ROOT stated the individual who he knows by the name of Lupilo asked him if he wanted to make extra money. ROOT agreed and was directed to a group chat on Whatsapp. ROOT stated he was given coordinates where to pick up one individual he assumed was illegal due to the proximity to the border. ROOT admitting to instructing the individual to get in the trunk and was going to take him to Chula Vista, California. ROOT stated he was going to be sent $2250 USD which $1500 was for him and the rest to drop off at a different location. ROOT stated this was not his first time picking up illegal aliens and has successfully done it twice before.

Material witness Jose Roberto SILVA Morales stated that smuggling arrangements were made prior to crossing into the United States and was going to pay $17,000 USD if successfully smuggled into the United States. SILVA stated he crossed utilizing a rope and was guided by cell phone. SILVA stated he was told to look for a black vehicle in a nearby parking lot. SILVA stated the driver instructed him to get in the trunk of the vehicle. SILVA stated he feared for his life because the driver was driving to fast. SILVA was shown a photographic lineup and identified #2 David Michael ROOT as the driver for this event.

**CONTINUATION OF COMPLAINT:**
David Michael ROOT

Executed on October 11, 2025 at 11:00 AM.

*Dustin Sato-Smith*
Dustin Sato-Smith
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 10, 2025, in violation of 8 USC 1324(a)(1)(A)(ii).

Hon. Lupe Rodriguez, Jr.
United States Magistrate Judge

10/11/25   11:51 a.m.
Date/Time